### 14140.  JONES *v.* THE STATE.

BROYLES, C. J. 1. The city court of Floyd county is a constitutional city court. *Welborne* v. *State*, 114 *Ga.* 793 (40 S. E. 857) ; *Cone* v. *American Surety Co.*, 154 *Ga.* 841 (115 S. E. 481).

2. The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 7, 1923.

Accusation of possession of liquor, etc.; from city court of Floyd county — Judge Nunnally. November 27, 1923.

*Porter & Mebane,* for plaintiff in error.

*James Maddox, solicitor,* contra.